UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SUSAN VLAOVICH, :

                Plaintiff, : **ORDER**

- against - : 09 Civ. 6911 (JGK)(FM)

SUN LIFE & HEALTH INSURANCE :
COMPANY,
                :
                Defendant.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/10
```

**FRANK MAAS**, United States Magistrate Judge.

         As indicated during the discovery conference held earlier today:

         1.     The parties shall comply with my discovery rulings by July 20, 2010.

         2.     In particular, in response to Plaintiff's Interrogatory No. 3 and Plaintiff's Document Request No. 10, the defendant shall produce compensation information for 2007 and 2008 for the listed individuals *if* their compensation is tied to the financial performance of Sun Life in any way other than through stock options. Any such information shall be produced for attorney's eyes only unless and until I otherwise direct.

         3.     By July 6, 2010, the parties shall submit letters to Chambers regarding the discoverability of reserves in an ERISA case.

         4.     By July 6, 2010, the defendants shall produce any documents responsive to Plaintiff's Document Request No. 11 for the years 2008-09 to Chambers for *in camera* review.

        5.       The parties shall serve and file their cross-motions for summary judgment by September 24, 2010. Opposition papers shall be served and filed by October 22, 2010.

SO ORDERED.

Dated:      New York, New York
June 29, 2010

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Laura Taylor Swain
United States District Judge

Scott Madison Riemer
Riemer & Associates, L.L.C.
Fax: (212) 297-0730

Joshua Bachrach, Esq.
Emily Hayes, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Fax: (215) 627-2665